# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

January 5, 2026

**BY EMAIL & ECF**

Hon. Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:    **United States v. Danny Velazquez**
        **25 Mag. 3944 (UA)**

Dear Judge Wang:

I write to respectfully request a modification of Mr. Velazquez's conditions of release to enable him to visit his mother at his grandmother's home in the Bronx while he is on home detention. Pretrial services consents to this request; the government defers to pretrial services.

At Mr. Velazquez's presentment on December 16, 2025, Magistrate Judge Stein set the following bail conditions:

> $50,000 personal recognizance bond to be co-signed by two financially responsible persons; compliance with pretrial services supervision as directed; travel restricted to the Southern and Eastern Districts of New York and, solely for court purposes, the District of New Jersey and the Middle District of Pennsylvania and points in between; surrender all travel documents and make no new applications; drug testing/treatment as directed by pretrial services; home detention enforced by location monitoring technology as directed by pretrial services; continue/seek employment; no contact with any alleged co-conspirators, victims or witnesses (to be identified by the government to defense counsel), except in the presence of counsel; satisfy all outstanding warrants.

Mr. Velazquez was released on his own signature and met the remaining conditions of the bond by December 30, 2025, as directed. Since his release, Mr. Velazquez has complied with all conditions of release.

On December 23, Magistrate Judge Cave granted Mr. Velazquez's request for a temporary bail modification to enable him to spend Christmas Eve and Christmas Day with his family. Specifically, Mr. Velazquez was granted permission to travel to and stay overnight at his grandmother's home in the Bronx, at an address provided to pretrial services, on December 24,

returning to his home, also in the Bronx, on December 25, 2025. Mr. Velazquez complied with these conditions without incident.

Mr. Velazquez now requests permission to regularly visit his mother, who is ill, at his grandmother's home in the Bronx, with a schedule to be implemented by pretrial services as directed. Pretrial services consents to this request; the government defers to pretrial services.

*granted*

Thank you for your consideration of this request.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Danny Velazquez*

cc:    Counsel of record

SO ORDERED:

Jan 5, 2026

THE HONORABLE ONA T. WANG
United States Magistrate Judge

2